### KRIEGELMAN v. ARIEWITZ.

(Supreme Court, Appellate Term, First Department.  November 3, 1915.)

COURTS ☞189—MUNICIPAL COURTS—AMENDMENT OF JUDGMENT—MISNOMER.
   Where a judgment is erroneously entered in the Municipal Court
   against a party under a misnomer, the mistake may be corrected in the
   furtherance of justice, under Code Civ. Proc. § 723, providing that the
   court may at any stage of the action, before or after trial, in the fur-
   therance of justice, amend any process, pleading, or other proceeding,
   by correcting a mistake in the name of a party, and under section 3347,
   subd. 6, providing that the former section applies to all courts.
      [Ed. Note.—For other cases, see Courts, Cent. Dig. §§ 409, 412, 413,
   429, 458;  Dec. Dig. ☞189.]

Appeal from Municipal Court, Borough of Manhattan, Second Dis-
trict.

Action by Aaron Kriegelman against Abraham Ariewitz, sued as
Abraham Jaronowitz.  From an order denying plaintiff's motion to
correct a judgment in his favor, he appeals.  Reversed and rendered.

Argued October term, 1915, before BIJUR, PAGE, and
SHEARN, JJ.

Max Lippman, of New York City, for appellant.
Benjamin Kirschstein, of New York City, for respondent.

PAGE, J.  The summons and complaint were entitled as against
Abraham Jaronowitz, defendant.  Abraham Ariewitz was served, and
appeared by attorney and answered.  The caption of the answer was
"Aaron Kriegelman, Plaintiff, against Abraham Ariewitz, Sued Herein
as Abraham Jaronowitz."  When the case was tried, the defendant's
attorney cross-examined the plaintiff and summed up on behalf of
Ariewitz.  Plaintiff obtained judgment, which was erroneously entered
as against Abraham Jaronowitz.  Thereafter motion was made to cor-
rect the judgment, which was denied.  There can be no question but
that Ariewitz was the proper party, as he himself has stated that he
was the defendant, sued by a misnomer. ·Such a mistake should be
corrected, in the furtherance of justice.  C. C. P. § 723, and section
3347, subd. 6.

The order will therefore be reversed, with $10 costs, and the mo-
tion granted.  All concur.